James A. McDevitt
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 04 2009

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRADLEY HARRISON,

Defendant.

**CR-09-0107-EFS**

INDICTMENT

Vio: 18 U.S.C. § 2252(a)(2)
Receipt of Child Pornography (Count 1)

18 U.S.C. § 2253
Forfeiture of Computer Equipment (Count 2)

The Grand Jury Charges:

Count 1

On or about September 14, 2008, and continuing through on or about November 13, 2008, within the Eastern District of Washington and elsewhere, the Defendant, BRADLEY HARRISON, did knowingly and intentionally receive visual depictions, which visual depictions had been mailed, shipped and transported in interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

Count 2

Upon conviction of the offense alleged in Count 1 of this Indictment, Defendant BRADLEY HARRISON, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to: a Compaq Presario computer tower, serial number 9117BBKZK353 and Seagate computer JEB hard drive, serial number 6ED1X1BY, seized on November 25th, 2008, pursuant to a federal search warrant, from Bradley Harrison's residence in Mead, Washington.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated

by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

DATED this 4th day of August, 2009.

A TRUE BILL

James A. McDevitt
United States Attorney

Stephanie J. Lister
Assistant United States Attorney