# PENALTY SLIP

DEFENDANT NAME: **BRADLEY HARRISON**

TOTAL NO. COUNTS: **2**

VIO: **18 U.S.C. § 2252**(a)(2)
**Receipt of Child Pornography (Count 1)**

PENALTY: **CAG not less than 5 years nor more than 20 years;**
**and/or $250,000 fine;**
**not less than 5 years up to life supervised release;**
**a $100 special penalty assessment**

VIO: **18 U.S.C. § 2253**
**Forfeiture (Count 2)**

PENALTY: **Forfeiture of Computer Equipment**

CASE NO. **CR-09-0107-EFS**

AUSA INITIAL [signature]