UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**NOTICE SETTING PRE-TRIAL AND TRIAL DATES**

UNITED STATES OF AMERICA,

Plaintiff,

v

BRADLEY HARRISON,

Defendant.

Case No. 2:CR-09-107-EFS

---

**09/24/2009 at 8:30 A.M.** PRE-TRIAL CONF/MTN HEARING
**10/05/2009 at 9:00 A.M.** TRIAL: JURY

PLEASE TAKE NOTICE that the Pre-Trial Conference and Jury Trial have been scheduled as indicated above in the U.S. Courthouse at **Spokane,** Washington before the Honorable Edward F. Shea.

***Counsel are requested to advise the undersigned regarding any change in status of this matter as soon as possible prior to the date set for the Pre-Trial Conference.***

**In accordance with LR 7(h)(1), all motions are to be noted for hearing. Unless other arrangements are made, counsel should note their pre-trial motions for the date and time of the Pre-Trial Conference. Counsel shall contact the undersigned in the event the pretrial conference, including any hearing on pretrial motions, is anticipated to take longer than 15 minutes.**

The deadline for filing jury instructions, proposed verdict form, trial briefs, and requested voir dire is **September 25, 2009** which is ten (10) days prior to the date set for jury trial in this matter.

Counsel for the defense should notify the defendant and ensure his/her attendance.

DATED: July 16, 2009

JAMES R. LARSEN, DISTRICT COURT EXECUTIVE/CLERK

s/Debbie Brasel
Debbie Brasel, Deputy Clerk

cc: All counsel
US Marshal