PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 05 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

U.S.A. vs.     Bradley Harrison     Docket No.   2:09CR00107-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, Pretrial Services Officer, presenting an official report upon the conduct of defendant Bradley Harrison who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 23rd day of September 2010, under the following conditions:

**Special Condition #29:** Defendant shall participate in a program or electronically monitored home confinement. The defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation.

**Home Detention.** Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, as well as: religious services and medical, substance abuse, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Bradley Harrison is considered in violation of his conditions of pretrial release by leaving his residence on numerous occasions between June 30, 2010, and September 21, 2010, and going to the Whitman Library, Malden branch, located in Malden, Washington, without the permission of the Pretrial Services Office.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/05/2010

by    s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/5/10

Date